United States District Court
Southern District of Texas

**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CB BRAND STRATEGIES, LLC, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-00379 |
| | § | |
| OZ TRADING GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING SHOW CAUSE HEARING

In its Final Judgment, the Court directed Defendant Oz Trading Group, Inc. to surrender Certificate of Label Approval ("COLA") for any labels that contain the registered trademarks associated with, or elements of, any of the Corona, Modelo, Pacifico, Victoria, and Cerveza Barrilito brands within 10 days of entry of the Final Judgment. *See* Dkt. No. 68. The Judgment also specifically directed Oz Trading to surrender the COLAs bearing U.S. Treasury Department's Alcohol and Tobacco Tax Bureau ("TTB") ID numbers 24348001000198, 24347001000777, 24348001000259, 24348001000330, 24348001000284, 24348001000392, 24347001000705, and 24347001000804 (the "Oz COLAs") within that same 10-day window. See Dkt. No. 68.

Plaintiff CB Brand Strategies, LLC has provided evidence that TTB's public COLA Registry shows that Oz still has not surrendered said COLAs. *See* Dkt. No. 73, Exh. A (printouts from the COLA Registry). After over 30 days, Defendant has not responded to Plaintiff's filing. As such, it is ORDERED that a **hearing is scheduled for July 7, 2026, at 10:00 a.m.**, requiring the presence of all parties, at which Defendant Oz Trading Group, Inc. must show cause why they should not be held in civil contempt for failing to comply with the permanent injunction. Plaintiff should be prepared to discuss its requested relief and next steps for enforcement.

SO ORDERED June 22, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge