Civil Action No. 7:24-CV-00379

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

**PLAINTIFF(S): CB BRAND STRATEGIES, LLC, ET AL.,**

**vs.**

**DEFENDANT(S): OZ TRADING GROUP, INC.,**

## AFFIDAVIT OF SERVICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Eric Garcia, a process server certified by the Texas Judicial Branch Certification Commission. I am over 18 years of age and I am competent to make this affidavit. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. The matters set forth in this affidavit are within my personal and professional knowledge and are true and correct.

The following came to hand on the  23 day of June, 2026 at 2:53PM, the Service of Process Forwarding Request, and Order Setting Show Cause Hearing, received for service.

I, Eric Garcia, being duly sworn, depose and say: On June 23, 2026, at 5:21PM, I individually and personally executed, by delivering a true copy of said documents, to OZ Trading Group, Inc. a/k/a PZ Trading Group, Inc by serving Registered Agent Oziel Trevino in person at the address 14892 Roli Rd, Monte Alto, Tx 78538.

_____
Process Server - Eric Garcia
Certification No: PSC-12169
Certification Expiration Date: July 31, 2027
P.O. Box 3962, Edinburg, Tx 78540

_____ June 23, 2026 _____
Date

BEFORE ME, a Notary Public, on this day personally appeared **Eric Garcia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his personal knowledge and are true and correct.

SUBSCRIBED and SWORN to me on June 23, 2026

_____
**Notary Public**
**County of Hidalgo, State of Texas**

DIOSELINA GARCIA
Notary Public, State of Texas
Comm. Expires 02-11-2030
Notary ID 135548007